MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
Blake Ackerman, Bar No. 353310
blake.ackerman@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:  +1.310.907.1001

Attorneys for Defendant
CITIBANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No. 2:25-cv-00910-SCR<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION AND STIPULATION TO ARBITRATE AND STAY ACTION AS TO CITIBANK, N.A. ONLY** |

- 1 -

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION
Case No. 2:25-cv-00910-SCR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 50808360.1

1  The Court, having reviewed the Joint Motion and Stipulation to Arbitrate and Stay Action filed by defendant Citibank, N.A. ("Citibank") and plaintiff DANIEL DAVIS ("Plaintiff") (together the "Parties") and finding good cause therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Court **GRANTS** the Stipulation;

2. All claims by Plaintiff against Citibank only shall be submitted to arbitration before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the Card Agreement governing Plaintiff's Citibank credit card account, a copy of which is attached as Exhibit 1 to the Stipulation; and

3. The proceedings in this action against Citibank only shall be stayed pending completion of the arbitration.

DATED: May 12, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

- 2 -

[PROPOSED] ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION
Case No. 2:25-cv-00910-SCR

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 50808360.1