Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Daniel Davis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Daniel Davis<br><br>    Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC et. al.<br>    Defendants. | Case No.: 2:25-cv-00910-JAM-SCR<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Daniel Davis and Defendant Equifax Information Services, LLC ("Equifax") that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: August 13, 2025        **Gale, Angelo, & Johnson, P.C.**

                              By:  */s/ Joe Angelo*
                              Joe Angelo
                              Attorneys for Plaintiff
                              Daniel Davis

DATED: August 13, 2025        **Nokes & Quinn**

                              By:  */s/ Thomas P. Quinn, Jr. (as authorized on 8-13-25)*
                              Thomas P. Quinn, Jr.
                              Attorneys for Defendant
                              Equifax Information Services, LLC

Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Daniel Davis

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Daniel Davis<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TransUnion, LLC et. al.<br>　　　　Defendants. | Case No.: 2:25-cv-00910-JAM-SCR<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, **Equifax Information Services, LLC** is **DISMISSED with prejudice** and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

August 13, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE