**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@musickpeeler.com

Attorneys for Defendant
TRANS UNION LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVIS, | Case No. 2:25-cv-00910-SCR |
| Plaintiff, | *Assigned for all purposes to:* <br> Hon. John A. Mendez |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |
| TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, IN., and CITIBANK, N.A., | |
| Defendants. | |

1  Plaintiff Daniel Davis and Defendant Trans Union LLC file this Stipulation of
2  Dismissal with Prejudice, and in support thereof would respectfully show the Court
3  as follows:
4  There are no longer any issues in this matter between Daniel Davis and Trans
5  Union LLC to be determined by this Court.  Plaintiff hereby stipulates that all
6  claims or causes of action against Trans Union LLC which were or could have been
7  the subject matter of this lawsuit are hereby dismissed with prejudice, with court
8  costs and attorneys' fees to be paid by the party incurring same.

DATED: September 8, 2025     MUSICK, PEELER & GARRETT LLP

By */s/ Donald E. Bradley*
    Donald E. Bradley
    Counsel for Trans Union LLC

DATED: September 8, 2025     GALE, ANGELO, & JOHNSON, P.C.

By */s/ Joseph Angelo*
    Joseph Angelo
    Counsel for Plaintiff

1  **MUSICK, PEELER & GARRETT LLP**
   650 Town Center Drive, Suite 1200
2  Costa Mesa, California 92626-1925
   Telephone (714) 668-2400
3  Facsimile (714) 668-2490

4  Donald E. Bradley (State Bar No. 145037)
   d.bradley@musickpeeler.com
5
   Attorneys for Defendant
6  TRANS UNION LLC

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | DANIEL DAVIS,                              | Case No. 2:25-cv-00910-SCR
12 |         Plaintiff,                         | *Assigned for all purposes to:*
                                                 | *Hon. John A. Mendez*
13 |    vs.                                     |
14 | TRANS UNION, LLC, EQUIFAX                   | **ORDER OF DISMISSAL WITH
   | INFORMATION SERVICES, LLC,                 | PREJUDICE OF TRANS UNION
15 | EXPERIAN INFORMATION                        | LLC**
   | SOLUTIONS, IN., and CITIBANK,
16 | N.A.,
17 |         Defendants.

**MUSICK, PEELER & GARRETT LLP**

3776598.1                                              Case No. 2:25-cv-00910-SCR
STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC

## ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

Plaintiff Daniel Davis and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Daniel Davis against Defendant **Trans Union LLC** are in all respects **DISMISSED with prejudice** to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED: 09/17/2025.

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE