Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Daniel Davis

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Daniel Davis<br><br>            Plaintiff,<br><br>     vs.<br><br>Experian Information Solutions, Inc., et. al.<br>            Defendants. | Case No.: 2:25-cv-00910-JAM-SCR<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Daniel Davis and Defendant Experian Information Solutions, Inc. ("Experian") that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: October 8, 2025          **Gale, Angelo, Johnson, P.C.**

                                By: ____/s/ Joe Angelo____
                                Joe Angelo
                                Attorneys for Plaintiff
                                Daniel Davis

DATED: October 8, 2025          **Troutman Pepper Locke LLP**

                                By: ____/s/ Thomas N. Abbott (as authorized on 10.8.25)____
                                Thomas N. Abbott
                                Attorney for Defendant
                                Experian Information Solutions, Inc.

Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Daniel Davis

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Daniel Davis,<br><br>     Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc. et. al.<br>     Defendants. | Case No.: 2:25-cv-00910-JAM-SCR<br><br>**ORDER** |

Pursuant to the stipulation of the Parties (ECF No. 43), Defendant Experian Information Solutions, Inc. is **DISMISSED with prejudice** and each party shall bear its own attorneys' fees and costs.

Because this is the last remaining defendant, the Clerk of Court is **DIRECTED** to **VACATE** any hearing dates and deadlines previously set in this matter and **CLOSE** the case.

IT IS SO ORDERED.

Dated:  October 14, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

1
ORDER